and others. No opinion. Motion to dismiss appeal denied, with leave to renew, unless appellants serve case within 30 days from entry of order. Order filed.

McMANUS, Appellant, v. SAMUEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Joseph McManus against Abraham Samuel and others. No opinion. Judgment and order unanimously affirmed, with costs.

McNAMARA, Appellant, v. VAN HOUTEN, Respondent. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Frank McNamara against Erskine Van Houten. E. C. Sherwood, for appellant. L. F. Fish, for respondent. No opinion. Judgment and order affirmed. with costs. Order filed. See, also, 123 N. Y. Supp. 1127.

McNIECE, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court. Appellate Division, First Department. October 21, 1910.) Action by William B. McNiece against the Press Publishing Company. H. Taylor, for appellant. W. E. Cook, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, infra.

McNIECE v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by William B. McNiece against the Press Publishing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

McNULTY, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Mary E. McNulty against Patrick J. McNulty. J. P. Everett, for appellant. J. A. MacElhinny, for respondent. No opinion. Order reversed without costs, and case referred to official referee to take proof and report. Settle order on notice. See, also, 118 App. Div. 911, 103 N. Y. Supp. 1133; 122 App. Div. 892, 106 N. Y. Supp. 1136; 132 App. Div. 931, 117 N. Y. Supp. 1140; 133 App. Div. 899, 118 N. Y. Supp. 1122.

MAAS et al., Appellants, v. HOROWITZ et al.. Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Tillie Maas and others against Samuel Horowitz and another. A. I. Spiro, for appellants. L. A. Jaffer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MALONEY v. KATZENSTEIN. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Thomas F. Maloney against Simon Katzenstein. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 135 App. Div. 224, 120 N. Y. Supp. 418.

COMPAÑIA MADERERA MALVOA, Respondent, v. KATES, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Compañia Maderera Malvoa against Norbert B. Kates. A. K. Stricker, for appellant. P. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MANCE, Respondent, v. HOSSINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Louis C. Mance against Hattie Hossington, as executrix, etc., of G. A. Hossington, deceased.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 119 App. Div. 914, 104 N. Y. Supp. 1133.

McLENNAN, P. J., and ROBSON, J., dissent upon the ground that evidence of other litigation was improperly admitted, and that the verdict of the jury is contrary to and against the weight of evidence.

MANDEVILLE v. RAUB et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Frank H. Mandeville against Herman Raub and others. No opinion. Judgment affirmed, with costs.

MARCHI v. ÆTNA LIFE INS. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Trial Term, New York County. Action by Maria Marchi against the Ætna Life Insurance Company. From a judgment for plaintiff, and an order denying a motion for new trial, defendant appeals. Affirmed. Theron G. Strong, for appellant. John Palmieri, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Bailey v. Interstate Casualty Co., 8 App. Div. 127, 40 N. Y. Supp. 513, affirmed 158 N. Y. 723, 53 N. E. 1123.

INGRAHAM, P. J., dissents upon the ground that Bailey v. Interstate Casualty Co. is distinguished in Appel v. Ætna Life Ins. Co., 86 App. Div. 83, 83 N. Y. Supp. 238, affirmed 180 N. Y. 514, 72 N. E. 1139, and is therefore not an authority upon which this judgment should be affirmed.

MARGOLIN v. MARGOLIN et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Henry Margolin against Hyman Margolin and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 App. Div. 953, 118 N. Y. Supp. 1138.

MASON et al., Respondents, v. FROMME, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Julien J. Mason and others against Herman Fromme. C. E. Thornall, for appellant. F. G. Caffey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.